IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRYAN E. HUNT,

     Appellant,

v.

NORTH FLORIDA REGIONAL
MEDICAL CENTER, INC., ET
AL.,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5594

Opinion filed March 3, 2017.

An appeal from an order of the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

Bryan E. Hunt, pro se, Appellant.

Debra Potter Klauber and Richard B. Schwamm of Haliczer, Pettis & Schwamm, P.A., Orlando; William E. Harlan, Jr. of Alachua County Attorney's Office, Gainesville; and Linda L. Winchenbach of John M. Green, Jr., P.A., Ocala, for Appellees.

PER CURIAM.

     Upon consideration of appellant's response to the Court's order of January 13, 2017, the Court has determined that its jurisdiction was not timely invoked. See

Fla. R. App. P. 9.130(a)(5); <u>Frantz v. Moore</u>, 772 So. 2d 581 (Fla. 1st DCA 2000).

Accordingly, the appeal is dismissed for lack of jurisdiction.

ROWE, KELSEY, and WINSOR, JJ., CONCUR.